BECK CHEVROLET CO., INC., Appellant, v GENERAL MOTORS LLC, Respondent.

Decided June 4, 2015

*See* 787 F3d 663.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY.

In the Matter of ANTHONY BOTTOM, Also Known as JALIL MUNTAQIM, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, et al., Respondents.

Decided June 4, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

TREMAIN CASON, Appellant, v KIRBY SY SMITH, III, et al., Respondents.

Submitted February 17, 2015; decided June 4, 2015

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division where the appeal to the Appellate Division was from an order entered on an appeal from another court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).